IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| KIMBERLY D. COLLINS | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 3:18cv210 |
| | ) |
| GWENDOLYN THORNTON, Ph.D., | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT

Plaintiff Kimberly D. Collins, by counsel, states as follows as her Complaint against defendant Gwendolyn Thornton, Ph.D. ("Dr. Thornton").

### NATURE OF ACTION

1.     This is an action for violations of due process rights under the Fifth and Fourteenth Amendments to the U.S. Constitution.

### JURISDICTION AND VENUE

2.      Jurisdiction is conferred on this Court herein pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1331.

3.     Venue is proper in this district and division pursuant to 28 U.S.C. § 1391, and Local Rule 3(B)(4), as this is the district and division where a substantial part of the events or omissions giving rise to the claim occurred.

### PARTIES

4.     Collins is an individual resident of Petersburg, Virginia. At all times herein up until June 30, 2017, Collins was employed by Virginia State University ("VSU").

1

5.      Defendant Dr. Thornton is an Associate Professor of Social Work at VSU. She was Collins' former supervisor and is sued in her individual capacity.

FACTS

6.      VSU hired Collins in December 2013 as an administrative assistant.

7.      In or around June 2015, Collins' supervisor (Dr. Thornton) began falsely saying that Collins was "mentally slow" and "retarded."

8.      In January 2016, Collins, due to her stress, anxiety and depression, went out on short-term disability leave (which was fully approved as part of Collins' benefits at VSU).

9.      When Collins returned to work in on or about March 28, 2016, however, she was immediately placed on administrative leave with pay after being falsely accused by her Supervisor (Dr. Thornton) of "stealing time" while out all disability leave.  Dr. Thornton's false statements about Collins occurred on or around March 28, 2016 and were the reason that Collins was placed on administrative leave.

10.     Ultimately, Collins was allowed to return to work on April 28, 2016. However, she has remained under investigation for the false allegations against her, and, indeed, the Office of the Inspector General ("OIG") for the Commonwealth of Virginia ultimate claimed (falsely) that Collins owed money back to the State for "stolen" time. That conclusion was based in large part on false statements from Dr. Thornton about Collins' leave.

11.     To be clear, Collins has not "stolen" any time in terms of her disability leave and, in truth, she was investigated because she was being discriminated against because

2

of her disabling medical conditions.

## COUNT I:
### DUE PROCESS VIOLATION: LIBERTY INTEREST
### (AGAINST DR. THORNTON)

12.     The allegations of paragraphs 1-11 are realleged as if fully set forth herein.

13.     Under the Fourteenth Amendment, Collins has a liberty interest to engage in the commonplace occupations of her life and with respect to her good name, reputation, honor, and integrity.

14.     Here, Dr. Thornton, as an agent of a governmental agency and acting under color of state law, violated Collins' liberty interests by publishing false accusations that Collins had "stolen time" while she was out on leave and, as well, causing the OIG to falsely conclude that Collins had "stolen" time and needed to reimburse the State for such time.

15.     These false accusations impugn Collins' good name, honor, reputation, and integrity, thus causing a stigma to her reputation, and were used directly as the basis to unlawfully place Collins on administrative leave and to unlawfully cause OIG to claim that she owed money back to the State.

16.     Additionally, the false statements at issue were made public to, among others, the HR Department of VSU.

17.     As a direct result of Dr. Thornton's actions, in violation of the rights secured to Collins under Section 1983, Collins has been caused to suffer the loss of occupational opportunities and the compensation and benefits associated therewith.

In particular, Collins was unlawfully placed on administrative leave, unlawfully charged with owing money back to the State and ultimately, unlawfully forced to resign her employment in June 2017.

18.    Additionally, Collins has been caused to suffer personal injury, reputational harm, anxiety, emotional distress, personal humiliation and embarrassment as a result of Dr. Thornton's actions.

19.    Further, Dr. Thornton's actions constitute gross, wanton, malicious, reckless, and/or intentional violations of Collins' rights, thus entitling her to punitive damages. Indeed, the animosity between Dr. Thornton and Collins began prior to Collins' leave (when Dr. Thornton called her such disparaging things as "retarded") but continued *as a result of the leave*.

WHEREFORE, for all of the reasons stated above, Kimberly D. Collins respectfully and specifically requests that the Court:

A.    Accept jurisdiction of this case.

B.    Award Plaintiff compensatory damages for the humiliation, damage to her reputation, mental and emotional distress, and pain and suffering that she has experienced and endured as a result of the unlawful actions of Dr. Thornton. Such damages shall be in an amount in excess of two hundred thousand dollars ($150,000), the exact amount to be determined at trial.

C.    Grant Plaintiff pre-judgment and post-judgment interest on all damages awarded, to the maximum extent allowed by law.

D.    Award Plaintiff three hundred fifty thousand dollars ($350,000) in

4

punitive damages arising from Dr. Thornton's conduct;

     E.     Grant Plaintiff her reasonable expenses, costs and attorneys' fees.

**A TRIAL BY JURY IS DEMANDED.**

Respectfully submitted,

KIMBERLY D. COLLINS

By:     <u>s/ Richard F. Hawkins, III</u>
         Virginia Bar Number: 40666
         THE HAWKINS LAW FIRM, PC
         2222 Monument Avenue
         Richmond, Virginia 23220
         (804) 308-3040 (telephone)
         (804) 308-3132 (facsimile)
         Email: rhawkins@thehawkinslawfirm.net

         Counsel for Plaintiff